1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 04-CR-01765-JM |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON JOINT MOTION FOR CONTINUANCE OF SENTENCING** |
| JOSEPH S. KASPER (1), THOMAS C. KASPER (2), and BETH E. BADRAK (3), | |
| | Date:  February 2, 2007 |
| Defendants. | Time:  9:00 a.m. |

Based upon the parties' Joint Motion for Continuance [Doc. No. 146], together with the Declaration of Counsel In Support ... , a courtesy copy of which has been received by the court, and good cause appearing therefor, the court hereby GRANTS the parties' motion for continuance; and it is hereby:

ORDERED that the sentencing hearing for defendants Joseph S. KASPER, Thomas C. KASPER and Beth E. BADRAK, presently set for November 8, 2006 at 9:00 a.m., is hereby continued to February 2, 2007 at 9:00 a.m.; and it is

/ / /

/ / /

/ / /

/ / /

/ / /

04CR01765

1  FURTHER ORDERED that defendants on bond will file their respective acknowledgments
2  of next court date no later than November 14, 2006.
3  **IT IS SO ORDERED**.
4  DATED: November 7, 2006

   Hon. Jeffrey T. Miller
   United States District Judge

7  cc: All Parties